UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMEON L. JACOB,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                      /

Case No. 2:19-cv-10435

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING
REPORT AND RECOMMENDATION [17], DENYING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12], AND
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15]**

The Commissioner of the Social Security Administration ("SSA") denied Plaintiff Dameon Jacob's application for Supplemental Security Income and Disability Insurance Benefits in a decision issued by an Administrative Law Judge ("ALJ"). ECF 9-2, PgID 41–48. After the SSA Appeals Council declined to review the ruling, Jacob appealed. *Id.* at 32–34; ECF 1. The Court referred the matter to Magistrate Judge Anthony P. Patti, and the parties filed cross-motions for summary judgment. ECF 3, 12, 15. The magistrate judge issued a report and recommendation ("Report") and suggested that the Court grant the Commissioner's motion and deny Jacob's motion. ECF 18.

Civil Rule 72(b) governs review of the magistrate judge's Report. De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R.

1

Civ. P. 72(b)(2). Because neither party filed objections, de novo review of the Report's findings and conclusions is not required. Having examined the record, the Court finds that the magistrate judge's Report is factually based and legally sound.

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's report and recommendation [17] is **ADOPTED.**

**IT IS FURTHER ORDERED** that Jacob's motion for summary judgment [12] is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment [15] is **GRANTED**.

**SO ORDERED**.

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: February 28, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 28, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager